CHARLETON S. PEARSE, ESQ. SBN 122491
ADAM M. AMBROZY, ESQ. SBN 258237
BENJAMIN D. ORAM, ESQ. SBN 269453
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15th Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Plaintiff
**LESLIE ANN CHISSIE**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| LESLIE ANN CHISSIE,<br><br>    Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, and JOEL CLARK, and DOES 1 through 25, Inclusive,<br><br>    Defendant(s). | CASE NO. 2:09-CV-2915<br><br>**ORDER REGARDING PLAINTIFF CHISSIE'S REQUEST FOR RELIEF FROM THE PAGE LIMITATION ON OPPOSITION TO DISPOSITIVE MOTIONS** |
|---|---|

Plaintiff's request for relief from the page limitation imposed on oppositions to dispositive motions is GRANTED as follows:

Plaintiff is granted an additional **ten (10) pages** on her oppositions to each of the defendants' motions for summary judgment or in the alternative adjudication.

**IT IS SO ORDERED:**
August 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE